644

In the Matter of the Estate of GERTRUDE RANK, Also Known as GERTRUDE KERN, Also Known as GERTRUDE KURANTOWSKI, Deceased. JOHN KLEIN, Appellant; BENEDICT J. RANK, Respondent.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.